# UNITED STATES DISTRICT COURT

for the

Eastern District of California

FILED
JUL 27 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY [signature]
DEPUTY CLERK

United States of America
v.

XIU PING LI, aka Xiuping Li; GUI WEN PAN; XIU RU LI, aka Xiuru Li; YONGJIE LIU; DAO ZHONG WEI; YOU AN LI; KONG LIANG LI, GUANGZHAO LI and CHEN HUANG, aka Huang Chen,

*Defendant(s)*

Case No. 2:17-MJ-130 CKD

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July ~~24~~ 26, 2017 in the county of Sacramento in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to manufacture, possession with intent to distribute and distribution of controlled substances |
| 21 U.S.C. § 841(a)(1) | Manufacture and possession with intent to distribute of controlled substances |
| 21 U.S.C. § 856 | Maintaining a place for manufacture and distribution of controlled substances |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

[signature]
*Complainant's signature*

Alicia Ramirez, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/27/2017

[signature]
*Judge's signature*

City and state: Sacramento CA

Carolyn K. Delaney, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Alicia Ramirez, do hereby depose and state the following:

1. I am a Special Agent of the Drug Enforcement Administration (DEA) and have been so employed since August 1987. I am currently assigned to the DEA Sacramento District Office charged with investigating major drug trafficking organizations operating in the Eastern District of California, and elsewhere. As a DEA agent, I have assisted in the execution of search warrants on many occasions for controlled substances and/or related paraphernalia, indicia, and other evidence of violations of federal drug statutes. I have participated in investigations targeting individuals and organizations trafficking heroin, cocaine, marijuana, methamphetamine, and other controlled substances, as defined in Title 21, United States Code, Section 801.

**BASIS OF INFORMATION**

2. The information contained in this affidavit is based upon numerous sources to include DEA Special Agents, FBI Special Agents, IRS Special Agents, Detectives of the Elk Grove Police Department, members of the Placer County Sheriff's Office, and the Sacramento Police Department, law enforcement database queries for suspects and properties, review of official police and government reports, the analysis of county property records, results of administrative subpoenas, queries made to the Sacramento County Municipal District (SMUD) for electrical power usage, and review of financial documents. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary and appropriate to establish probable cause for the arrest warrants regarding the violations described herein.

**VIOLATIONS**

3. This affidavit is in support of a complaint charging, Xiu Ping LI, a.k.a. Xiuping LI (hereinafter X. P. LI), Gui Wen PAN (hereinafter G. PAN), Xiu Ru LI, a.k.a. Xiuru LI (hereinafter X. R. LI), Yongjie LIU (hereinafter Y. LIU), Dao Zhong WEI (hereinafter D. WEI), You An LI (hereinafter Y. LI) Kong Liang LI (hereinafter K. LI) Guangzhao LI (hereafter G.LI) and Chen HUANG a.k.a Huang CHEN (hereafter C. HUANG) with manufacturing marijuana, distribution of marijuana, maintaining a place to manufacture marijuana, and conspiracy to distribute marijuana pursuant to the following federal statutes:

a. 21 U.S.C. § 846- Conspiracy to manufacture, possession with intent to distribute, and distribution of controlled substances.

b. 21 U.S.C. § 841(a)(1) - Manufacture, and possession with intent to distribute, of controlled substances.

c. 21 U.S.C § 856- Maintaining a place for manufacture and distribution of controlled substances.

4. **LI, Xiu Ping (X.P. LI)** is an Asian female, , black colored hair and brown colored eyes, approximate height of 5'03", approximate weight of 140 lbs., and a New Jersey driver's license of . A drug related criminal history inquiry for X. P. LI was conducted with negative results.

5. **PAN, Gui Wen (G. PAN)** is an Asian male , black colored hair and brown colored eyes, approximate height of 5'10" approximate weight of 170 lbs., and a New Jersey drivers' license and Massachusetts driver's license . A drug related criminal history inquiry for G.W. PAN was conducted with negative results. G.W. PAN has a prior arrest by HSI for illegal entry into the United States on 1/25/1993.

6. **LIU, Yong Jie (Y. LIU)** is an Asian male , black colored hair and brown colored eyes, approximate height of 5'07", approximate weight of 140 lbs., and Louisiana drivers' license . A drug related criminal history inquiry for Y.J. LIU was conducted with negative results. LIU has a prior immigration violation on 1/18/2005 with HSI.

7. **WEI, Dao Zhong (D. WEI)** is an Asian male, , black colored hair and brown colored eyes, approximately height of 5'08", and Pennsylvania drivers' license . A drug related criminal history inquiry for D.Z. WEI was conducted with negative results.

8. **LI, Xiu Ru (X. R. LI)** is an Asian female, black colored hair and brown colored eyes, approximate height of 4'07", approximate weight of 145 lbs., and a Pennsylvania Driver's license . A drug related criminal history inquiry for X.R. LI was conducted with negative results.

9. **LI, Guangzhao (G. LI)** is an Asian male, , black colored hair and brown colored eyes, approximate height of 5'06", approximate weight of 130 lbs., and a New York Driver license . A drug related criminal history inquiry for G. LI was conducted with negative results.

10. **LI, You An (Y. LI)** is an Asian male, , black colored hair and brown colored eyes, approximate height of 5'04", approximate weight of 155 lbs., and a Texas Driver license . A drug related criminal history inquiry for Y.A. LI was conducted with negative results.

11. **LI, Kong Liang (K.LI)** is an Asian male, , black colored hair and brown colored eyes, approximate height of 5'07", approximate weight of 150 lbs., and a Texas Driver license . A drug related criminal history inquiry for K.L.LI was conducted with negative results.

12. **HUANG, Chen (C.** HUANG) is an Asian male, , brown colored hair and brown colored eyes, approximate height of 5'11", approximate weight of 170 lbs., and a New York Driver's license . A drug related criminal history inquiry for C. HUANG was conducted with negative results.

**PROBABLE CAUSE**

13. In October 2016, your affiant learned that three residential properties located in the Sacramento area, all commonly owned by X. P. LI, with different electrical utility subscribers, were consuming an unusually high amount of electrical power per month, indicating that the residences were probably being used to manufacture marijuana. Your affiant began investigating the residences owned by X. P. LI and associates. Your affiant has conducted several large scale indoor marijuana grow investigations in the Sacramento area over the past several years and has learned through her training and experience that marijuana cultivators commonly use very high amounts of electricity to power their marijuana growing equipment, including high powered lights, electrical ballasts, high powered electrical fans, and other equipment. Your affiant knows that marijuana cultivators commonly own and/or maintain multiple marijuana grow houses and they often use different people as the electrical utility subscribers for the power companies to try to conceal their identities and their illegal operations. Your affiant and other law enforcement officers worked closely with SMUD Investigators during this investigation and conducted many investigative operations over the course of this investigation, including numerous surveillance operations, trash searches, law enforcement database queries, Sacramento County record inquiries, a camera, the use of court authorized telephone precision data location, and other investigative techniques. As a result of this investigation, your affiant was able to establish probable cause that X. P. LI G. PAN, X. R. LI, Y. LI, Y. LIU, D. WEI, K. LI, G. LI and C. HUANG were maintaining active marijuana grows at the following nine locations:

a. 7810 Elsie Avenue, Sacramento, California

b. 8638 Bradshaw Road, Elk Grove, California

c. 2860 Central Avenue, Roseville, California

d. 10315 Baseline Road, Elverta, California

e. 4849 Ammolite Way, Elk Grove, California

f. 8114 Suarez Way, Elk Grove, California

g. 3433 La Cadena Way, Sacramento, California

i. 2725 52nd Avenue, Sacramento, California.

j. 8967 Sonoma Valley Way, Sacramento, California

14. On July 24, 2017, your affiant authored the following search warrants that detailed probable cause to search the residences listed above to seize evidence such as marijuana plants, harvested and packaged marijuana, and other controlled substances, documentary evidence to included pay-owe records and property purchase financial records, drug proceeds, instrumentalities and other evidence detailed in the following nine search warrant affidavits for the properties listed above:

a. Eastern District of California [2:17-SW-0649CKD; 2:17-SW-650 CKD; 2:17-SW- 651 CKD; 2:17-SW-652 CKD; 2:17-SW-653 CKD; 2:l7-SW-652 CKD; 2:17- SW-653 CKD; 2:17-SW-654 CKD; 2:17-SW-655 CKD; 2:17-SW-656 CKD; 2:17-SW-657 CKD; 2:17-SW-658 CKD; 2:17-SW-659 CKD; and 2:17-SW-660 CKD]

15. On July 26, 2017, at approximately 6am, DEA Agents and other law enforcement officers served the federal search warrants at the nine locations described above. As a result of the search warrants, evidence of sophisticated marijuana grows was discovered and seized at the nine residences. Agents also located, but did not seize, various operational equipment used for the cultivation of marijuana such as electrical ballasts, high power lights and light hoods, high power fans, and large carbon air filters that were consuming a high amount of electrical power. A copy of the search warrant and inventory of seized items was left at each residence and the residence was secured. Authorities took custody of the marijuana plants (except for the marijuana plant samples which were later submitted into evidence) for disposal in accordance with DEA procedure. A total of approximately 7,750 marijuana plants were seized at the nine search warrant locations and agents arrested Xiu Ping LI, Gui Wen PAN, Xiu Ru LI, Yongjie LIU, Dao Zhong WEI, You An LI, Kong Liang LI, Chen HUANG, and Guangzhao LI inside the grow houses as detailed below:

16. At **7810 Elsie Avenue, Sacramento, California**, agents located D. WEI and X.R.LI, who were arrested pursuant to probable cause for violations detailed above in this affidavit. Agents counted and documented that a total of approximately 1,433 marijuana plants, each with a viable root system, were growing inside the various rooms of the residence. Agents also seized approximately 18 bags of processed marijuana, and non-drug evidence pursuant to the warrant.

17. DEA Agents and other law enforcement officers executed a federal search warrant at **8638 Bradshaw Road, Elk Grove, California.** Agents located X. P. LI, Y. LIU, and C. HUANG who were arrested pursuant to probable cause for violations detailed above in this affidavit. Your affiant conducted an interview of C. HUANG with the assistance of a Mandarin interpreter. After acknowledging his Miranda rights, C. HUANG provided a statement. C.

HUANG stated that X.P. LI and Y. LIU and C. HUANG were all cultivating marijuana and sharing the harvest equally. C. HUANG stated that LIU paid C. HUANG approximately $5,000 U.S. Currency after the marijuana was harvested. C. HUANG stated he had been paid twice by Y. LIU in the previous six months. Lastly, C. HUANG stated he knew Leonard YANG and agreed to have SMUD service listed under C. HUANG's name at 9501 Jeffcott Road, Wilton, California. On September 2016, authorities seized approximately 2,017 marijuana plants at 9501 Jeffcott Road. Agents counted and documented that a total of approximately 790 marijuana plants, each with a viable root system, were growing inside the various rooms of the residence. at 8638 Bradshaw Rd Elk Grove. Agents seized the marijuana plants and then took a representative sample which was later submitted into evidence. Agents also seized non-drug evidence pursuant to the warrant.

18. DEA Agents and other law enforcement officers executed a federal search warrant at **2860 Central Avenue, Roseville, California.** Agents located an Asian male and Asian female who were detained until the conclusion of the search warrant at which time they were released. Agents counted and documented that a total of approximately 1,406 marijuana plants, each with a viable root system, were growing inside various rooms of a detached garage and workshop located behind the residence. Agents seized the marijuana plants and then took a representative sample which was later submitted into evidence. Agents also seized non-drug evidence pursuant to the warrant. Y. LI was previously seen during surveillance at this property.

19. DEA Agents and other law enforcement officers executed a federal search warrant at **10315 Baseline Road, Elverta, California.** Agents located Y. LI who was arrested pursuant to probable cause for violations detailed above in this affidavit. Agents counted and documented that a total of approximately 1,131 marijuana plants, each with a viable root system, were growing inside various buildings located on the property. Agents seized the marijuana plants and then took a representative sample which was later submitted into evidence. Agents also seized nondrug evidence pursuant to the warrant.

20. DEA Agents and other law enforcement officers executed a federal search warrant at **4849 Ammolite Way, Elk Grove, California.** After knocking on the door and announcing the presence of the police and for the occupants to open the door, entry was made into the residence. An initial protective sweep of the residence was conducted and no one was present. Agents counted and documented that a total of approximately 917 marijuana plants, each with a viable root system, were growing inside the various rooms of the residence. Agents seized the marijuana plants and then took a representative sample which was later submitted into evidence. Agents also located and seized non-drug evidence pursuant to the warrant.

21. DEA Agents and other law enforcement officers executed a federal search warrant at **8114 Suarez Way, Elk Grove, California.** Inside, agents located G. LI, who was arrested pursuant to probable cause for violations detailed above in this affidavit. Your affiant conducted an interview of G.LI with the **assistance** of a Mandarin interpreter. After acknowledging his Miranda rights, G. LI provided a statement. G. LI stated he was renting the residence at Suarez.

G. LI stated he was told that it was legal to grow marijuana. G. LI stated he was going to take the processed marijuana to San Francisco but did not elaborate further. Agents counted and documented that a total of approximately 259 marijuana plants, each with a viable root system, were growing inside the main residence. Agents seized the marijuana plants and then took a representative sample which was submitted into evidence. Agents also seized non-drug evidence pursuant to the warrant.

22. DEA Agents and other law enforcement officers executed a federal search warrant at **3433 La Cadena Way, Sacramento, California.** Inside, agents located K. LI, who was arrested pursuant to probable cause for violations detailed above in this affidavit. Your affiant conducted an interview of K.LI with the assistance of a Mandarin interpreter. After acknowledging his Miranda rights, K. LI provided a statement. K. LI stated his son was listed on the deed of the residence at 3433 La Cadena Way but he was the owner. K. LI stated he did not know anyone in Sacramento. K. LI stated that he did not know Y.A. LI who had invested money to purchase La Cadena and was currently residing at Baseline. K.LI stated his wife may know Y.A. LI. K. LI stated he had a friend in New York who told him it was a good investment to purchase residences in California because the homes appreciate quickly. K. LI stated he purchased 3433 La Cadena as an investment property and had arrived from Houston to sell La Cadena. K. LI stated La Cadena was being rented to Zhu Gui CHEN. Your affiant is aware CHEN is listed on the service with SMUD at La Cadena. K. LI stated he had not given CHEN permission to grow marijuana at La Cadena but that CHEN was currently in New York. Agents counted and documented that a total of approximately 404 marijuana plants, each with a viable root system, were growing inside the main residence. Agents seized the marijuana plants and then took a representative sample which was submitted into evidence. Agents also seized non-drug evidence pursuant to the warrant.

23. DEA Agents and other law enforcement officers executed a federal search warrant at **2725 52nd Avenue, Sacramento, California.** Inside, agents located G. PAN, who was arrested pursuant to probable cause for violations detailed above in this affidavit. Your affiant conducted an interview of G. PAN with the assistance of a mandarin interpreter. After acknowledging his Miranda rights, G. PAN provided a statement. G. PAN stated that he was visiting and spent the night alone at the 2725 52nd Avenue residence. G. PAN stated he was vacationing in Sacramento. G. PAN could not provide an address of where he was staying. G. PAN initially stated he did not live at 4849 Ammolite Way, Elk Grove, California but subsequently acknowledge he used the address on his drivers' license and stated he did not plant the marijuana plants found there. G. PAN identified X. P. LI as his wife but noted they were currently separated. Agents counted and documented that a total of approximately 976 marijuana plants, each with a viable root system, were growing inside the main residence. Agents seized the marijuana plants and then took a representative sample which was later submitted into evidence. Agents also seized non-drug evidence pursuant to the warrant.

24. DEA Agents and other law enforcement officers executed a federal search warrant at **8967 Sonoma Valley Way, Sacramento, California.** After knocking on the door and announcing the presence of the police and for the occupants to open the door, entry was made into the residence. An initial protective sweep of the residence was conducted and no one was present. Agents counted and documented that a total of approximately 434 marijuana plants, each with a viable root system, were growing inside the various rooms of the residence. Agents seized the marijuana plants and then took a representative sample which was later submitted into evidence. Agents also located and seized non-drug evidence pursuant to the warrant.

**SUMMARY OF CHARGES**

25. During this investigation, as detailed in the search warrant affidavit referenced in this affidavit, your affiant and/or other law enforcement officers have conducted surveillance operations and have observed X. P. LI and her co-conspirators frequent the marijuana grow locations described above.

26. Based on my training and experience, your affiant believes that X. P LI, G. PAN, X. R. LI, Y. LIU, D. WEI, Y. LI, K. LI, G. LI and C. HUANG are involved in the large scale manufacturing and distribution of marijuana.

27. Based on my training and experience, your affiant believes that it would have taken several co-conspirators to maintain such a large marijuana growing operation. Your affiant believes that X. P LI, G. PAN, X. R. LI, Y. LIU, D. WEI, Y. LI, K. LI, G. LI and C. HUANG are assisting one another in taking care of these marijuana plants full time.

28. During surveillance operations conducted on X. P. LI and associates, your affiant has not observed any activities of the conspirators that would indicate that they are legally employed. Based on a lack of employment, surveillance observations of X. P. LI and associates frequenting the suspected marijuana grow houses, and the fact that X. P. LI and associates own several houses and vehicles, your affiant believes that X. P. LI and associates are manufacturing, selling, and distributing large quantities of marijuana.

**CONCLUSION**

29. Based on the facts set forth herein and the training and experience of the agents and law enforcement officers who conducted this investigation, I submit that there is probable cause to believe the following:

a. That X. P. LI, G. PAN, X. R. LI, Y. LI, Y. LIU, D. WEI, K. LI, G. LI and C. HUANG have violated Title 21 United States Code, Section 846, conspiracy to manufacture and possess with intent to distribute and distribution of at least 1,000 plants of marijuana, a controlled substance.

b. That X. P. LI, G. PAN, X. R. LI, Y. LI, Y. LIU, D. WEI, K. LI, G. LI and C. HUANG have violated Title 21 United States Code, Section 841(a)(1) - manufacturing and possession with intent to distribute at least 1,000 plants of marijuana, a controlled substance.

c. That X. P. LI, G. PAN, X. R. LI, Y. LI, Y. LIU, D. WEI, K. LI, G. LI and C. HUANG have violated Title 21 United States Code, Section 856 - knowingly maintaining a place (a through j) for manufacturing at least 1,000 plants of marijuana, a controlled substance.

Accordingly, a criminal complaint and arrest warrant is requested.

Respectfully submitted,

ALICIA RAMIREZ, Special Agent
DEA

Subscribed and sworn to before me on: July 27, 2017

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM BY:

ROGER YANG
ASSISTANT UNITED STATES ATTORNEY