UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 05, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00136-KJM |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| GUANGZHAO LI, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release _GUANGZHAO LI_,

Case No. _2:17-cr-00136-KJM_ from custody for the following reasons:

    _____ Release on Personal Recognizance

    X Bail Posted in the Sum of $ 74,000, secured by equity in the subject property:

    Philadelphia, PA

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    X (Other): _Pretrial Services supervision._

Issued at Sacramento, California on September 05, 2017 at 11:45 a

By: _____

Magistrate Judge Carolyn K. Delaney