**M. JARED FAVERO #270426**
**Law Office of Jared Favero**
2233 Park Towne Circle
Sacramento, CA 95825
Telephone:  (916) 709-1408
Facsimile:   (916) 488-6756
Email: faverolaw@gmail.com

Attorney for Defendant
GUANGZHAO LI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:17-CR-00136 KJM |
| Plaintiff, | STIPULATION TO MODIFY SPECIAL CONDITIONS OF RELEASE |
| v. | |
| GUANGZHAO LI | Judge: Hon. DEBORAH BARNES |
| Defendant. | |

IT IS HEREBY REQUESTED by defendant, through his attorney, that Special Condition of Release 11, imposed on Mr. Li on or about August 21, 2017 (Dkt. 81), be removed. The United States Pretrial Services Office for the Eastern District of California, through Supervisory PSO Ryan Garcia, and the United States Attorney for the Eastern District of California, through ASUA Roger Yang, have indicated they will not oppose and will stipulate to the following modification:

**Current Condition** (to be removed):

11. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You

must pay all or part of the costs of the testing services based on upon your ability to pay, as determined by the pretrial services officer.

DATED: May 18, 2022                             /s/ M. Jared Favero

                                                M. JARED FAVERO

                                                Attorney at Law

                                                Attorney for Guangzhao Li


DATED: May 18, 2022                             /s/ Roger Yang

                                                ROGER YANG

                                                Assistant United States Attorney

                                                Eastern District of California


DATED: May 18, 2022                             /s/ Ryan Garcia

                                                RYAN GARCIA

                                                Supervisory Pretrial Services Officer

                                                Eastern District of California

2

**ORDER**

The previous Special Conditions of Release, item 11 (Drug and/or Alcohol Testing) for GUANGZHAO LI is removed.

All other conditions shall remain in force.

Dated:  May 18, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE