M. JARED FAVERO #270426
Law Office of Jared Favero
2233 Park Towne Circle
Sacramento, CA 95825
Telephone: (916) 709-1408
Facsimile: (916) 488-6756
Email: faverolaw@gmail.com

Attorney for Defendant
GUANGZHAO LI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00136 DJC |
| Plaintiff, | ORDER EXONERATING BAIL AND RECONVEYANCE OF DEED |
| v. | |
| GUANGZHAO LI, | Judge: Hon. DANIEL J. CALABRETTA |
| Defendant. | |

The Defendant, GUANGZHAO LI, having been sentenced to time served on June 12, 2025, and good cause appearing:

IT IS ORDERED THAT:

The real property Deed, previously posted as security as to this defendant in this matter, is hereby EXONERATED. The Clerk of the Court shall exonerate the bail posted herein and prepare and cause to be filed a Deed of Reconveyance as necessary to fully exonerate bail. Further the Clerk of Court shall send the reconveyance documents to the property owner listed on the deed of trust.

Dated: July 14, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE